Crehan v Richardson (2025 NY Slip Op 01529)

Crehan v Richardson

2025 NY Slip Op 01529

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., OGDEN, DELCONTE, AND HANNAH, JJ.

791 CA 23-01486

[*1]VINCENT CREHAN AND KATHRYN EHRIG, PLAINTIFFS-APPELLANTS,
v
JEFFREY B. RICHARDSON, ET AL., DEFENDANTS, AND MARK L. STULMAKER, DEFENDANT-RESPONDENT. (APPEAL NO. 3.) 

ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
SUGARMAN LAW FIRM, LLP, BUFFALO (BRIAN SUTTER OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered August 16, 2023. The order granted the motion of defendant Mark L. Stulmaker to dismiss the complaint against him. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Crehan v Richardson ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court